# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEONTA MILLER

NO. 2023 KW 0746

**OCTOBER 10, 2023**

---

In Re: Deonta Miller, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 17-CR10-134141.

---

**BEFORE: McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT